**FIRST DIVISION**
**BARNES, P. J.,**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**July 1, 2024**

# In the Court of Appeals of Georgia

A22A0193. FUNVESTMENT GROUP, LLC v. CRITTENDEN.

BARNES, Presiding Judge.

In *Funvestment Group v. Crittenden*, 317 Ga. 288 (893 SE2d 60) (2023), the Supreme Court of Georgia reversed the judgment of this Court in *Funvestment Group v. Crittenden*, 364 Ga. App. 447 (875 SE2d 436) (2022). Accordingly, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own; thus, the superior court's judgment is reversed.

*Judgment reversed. Brown and Hodges, JJ., concur.*